DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

STATE v. VANDYKE

No. 115 PC.

Case below: 28 N.C. App. 619.

Petition for discretionary review under G.S. 7A-31 denied 1 June 1976. Motion of Attorney General to dismiss appeal for lack of substantial constitutional question allowed 1 June 1976.

STATE v. WEST

No. 132 PC.

Case below: 28 N.C. App. 689.

Petition for discretionary review under G.S. 7A-31 denied 1 June 1976.

VERNON v. CRIST

No. 106 PC.

Case below: 28 N.C. App. 631.

Petition for discretionary review under G.S. 7A-31 allowed 1 June 1976.

WHETSELL v. JERNIGAN

No. 143 PC.

Case below: 29 N.C. App. 136.

Petition for discretionary review under G.S. 7A-31 allowed 1 June 1976.